STATE OF MICHIGAN
UNITED STATES DISTRICT COURT
EASTERN DISTRICT – SOUTHERN DIVISION

VETEL DIAGNOSTICS, INC.,

        Plaintiff/Counter-Defendant,

vs.                               Case No. 2:11-cv-14575-DML-LJM

BERT BOSSARDET,

        Defendant/Counter-Plaintiff.

_____/

| | |
|---|---|
| Eugene H. Boyle, Jr. P42023 | Edward N. Lynch P43800 |
| H. William Burdett, Jr. P63185 | Kurt D. Yockey P32473 |
| Boyle Burdett | Yockey, Yockey & Schliem |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 14950 East Jefferson Avenue, Ste. 200 | 33742 West Twelve Mile Road |
| Grosse Pointe Park, MI 48230 | Farmington Hills, MI 48331 |
| (313) 344-4000 | (248) 489-110 |

_____/

**DEFENDANT/COUNTER-PLAINTIFF'S**
**MOTION TO FILE DOCUMENTS UNDER SEAL**

    NOW COMES Defendant/Counter-Plaintiff, Bert Bossardet, and for his Motion to File Documents Under Seal pursuant to USDC Local Rule 5.3(b), states as follows:

    1.    This is a breach of contract matter between a company, Vetel, and a former sales representative/VP of Sales, Bert Bossardet.

    2.    Plaintiff, Vetel, has brought a Motion for Partial Summary Judgment in this matter, claiming that a portion of Bossardet's Counterclaim alleging the applicability of the Michigan Sales Representative Commissions Act ("MSRCA") should be dismissed.

1

3.  Bossardet has filed a Response to Plaintiff's Motion, but intends to rely upon documents disclosed by Vetel during discovery which have been marked as confidential, as they involve detailed information concerning the company's sales and financial performance for the years that Bossardet was engaged by the company.  A Stipulated Protective Order has been previously entered by this Court relative to these items.

4.  Bossardet relies upon paragraph 8 of the Protective Order as authority to request the documents be filed under seal.

5.  Bossardet also intends to file a document in support of his Response which discusses the confidential documentary evidence, providing an analysis and argument of the financial data, which supports Bossardet's position in opposing the Motion.

6.  Pursuant to Local Rule 5.3(b), Bossardet hereby requests an Order that these two Exhibits containing confidential information be filed under seal with the Court so as to preserve the confidentiality asserted by Vetel in the matter.

        Respectfully submitted,

        YOCKEY YOCKEY LYNCH & KLARR
        A Professional Corporation

        By:   /s/ Edward N. Lynch_____
           Edward N. Lynch P43800
           Attorney for Defendant
           33742 West Twelve Mile Road
           Farmington Hills, MI 48331
           (248) 489-1100
           enl@yockeylaw.com

Dated:   October 1, 2012

**BRIEF IN SUPPORT OF**
**MOTION TO FILE DOCUMENTS UNDER SEAL**

This is a breach of contract matter between Vetel and its former sales representative/ VP of Sales, Bert Bossardet. Plaintiff, Vetel, has brought a Motion for Partial Summary Judgment in this matter, claiming that a portion of Bossardet's Counterclaim alleging the applicability of the Michigan Sales Representative Commissions Act ("MSRCA") should be dismissed.

Bossardet has filed a Response to Plaintiff's Motion, but intends to rely upon documents disclosed by Vetel during discovery which have been deemed by Vetel to be confidential in nature as they involve detailed information concerning the company's sales and financial performance for the years that Bossardet was engaged by the company. A Stipulated Protective Order has been entered relative to these items.

Bossardet relies upon paragraph 8 of the Protective Order as authority to request the documents be filed under seal.

Bossardet also intends to file a document in support of his Response which discusses the documentary evidence, providing an analysis and argument of the financial data, which supports Bossardet's position in opposing the Motion.

Pursuant to Local Rule 5.3(b), Bossardet hereby requests an Order that these two Exhibits containing confidential information be filed under seal with the Court so as to preserve the confidentiality asserted by Vetel in the matter.

Respectfully submitted,

YOCKEY YOCKEY LYNCH & KLARR
A Professional Corporation

By:   /s/ Edward N. Lynch_____
    Edward N. Lynch P43800
    Attorney for Defendant
    33742 West Twelve Mile Road
    Farmington Hills, MI 48331
    (248) 489-1100
    enl@yockeylaw.com

Dated:    October 1, 2012

## PROOF OF SERVICE

I, Edward N. Lynch, certify that on October 1, 2012 I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

   /s/ Edward N. Lynch_____
Edward N. Lynch P43800
Attorney for Defendant
33742 West Twelve Mile Road
Farmington Hills, MI 48331
(248) 489-1100
enl@yockeylaw.com